**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PADMANABHA REDDY | : | |
| IRAGAMREDDY | : | Case No.:     2:26-CV-543 |
| 203 Olentangy Xing W. | : | |
| Delaware, Ohio 43015, | : | Judge:        _____ |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TATA CONSULTANCY SERVICES | : | |
| LIMITED | : | |
| c/o Agent: CT Corporation System | : | |
| 4400 Easton Commons Way, Suite 125 | : | |
| Columbus, OH 43219, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that Desmond J. Cullimore, Esq., of The Cullimore Law Firm, LLC,

hereby enters his appearance as counsel of record on behalf of Plaintiff Padmanabha Reddy

Iragamreddy in the above-captioned matter.

Respectfully submitted,

*/s/ Desmond J. Cullimore*
Desmond J. Cullimore (0087610)
The Cullimore Law Firm, LLC
*Trial Attorney for Plaintiff*
3664 Hickory Rock Drive
Powell, Ohio 43065
Phone: (614) 372-9144
Fax:    (740) 829-5485
E-mail: desmond@cullimorelawfirm.com
*Counsel for Plaintiff Padmanabha Reddy*
*Iragamreddy*